# EXHIBIT B



**Section 10.** Union Stewards will be granted mutually agreed upon time off during regularly scheduled working hours to investigate and process grievances, and to represent bargaining unit employees in investigatory interviews, upon notice to their immediate supervisor. If the permitted activities would interfere with the work the Steward or employee is expected to perform, the immediate supervisor shall, within the next workday, arrange a mutually satisfactory time for the requested activity. Upon request of an employee who has received a written disciplinary action, a Union Steward may use Agency time to investigate the disciplinary action before the filing of a written grievance pursuant to Article 21 of the Agreement. Request for the use of Agency time to meet with the employee or communicate by telephone, if the employee is not at the same worksite, shall be pursuant to Article 10 and 10.1-10.5 of this Agreement.

**Section 11.** Union Stewards will receive their regular rate of pay for time spent processing grievances and representing bargaining unit employees in investigatory interviews as described in Article 20 and Article 21 during their regularly scheduled hours of employment. However, only one (1) Union Steward will be in pay status for any one (1) grievance except where a grievance involves employees in more than one (1) Agency or where another Steward within the same Agency and work location accompanies a Steward, appointed during the preceding twelve (12) months, to attend meetings with management related to a maximum of two (2) grievances during their regular working hours. Supervisors may request that Stewards maintain and submit a monthly activity report of work time spent investigating and processing grievances.

The Union shall indemnify and the Union and President hold the State harmless against any and all claims, damages, suits, or other forms of liability which may arise out of any action taken or not taken by the State for the purpose of complying with this Section.

**Section 12.** The Employer is not responsible for any compensation of employees or their representative for time spent processing grievances or distributing Union material outside their regularly scheduled hours of employment. The Employer is not responsible for any travel or subsistence expenses incurred by a grievant or Union Steward in the processing of grievances.

**Section 13.** Official Union delegates and members of the SEIU Local 503, OPEU, Board of Directors shall be granted personal leave, accrued vacation leave, accrued compensatory time, or leave of absence without pay at their request to attend the Union's biennial General Council or the SEIU quadrennial International Convention.

The Union shall notify the Agency of the names of official delegates and board members who shall attend General Council, at least thirty (30) days in advance of the date of the General Council. In emergency situations where the Union is unable to provide thirty (30) days advance notice, delegates and board members shall be granted leave with less than thirty (30) days notice unless, by granting such leave, the Agency will suffer undue hardship.

Subject to the employee's work unit operating requirements, official Union Stewards shall be granted personal leave, accrued vacation leave, accrued compensatory time, or leave of absence without pay at their request to attend the Union's annual Steward Conference. Such request will be submitted in writing at least ten (10) workdays before the conference.

The Union President or Executive Director shall, at his/her request, be given release time from his/her position for a period not to exceed the term of his/her office for the performance of Union duties directly related and central to the collective bargaining relationship. However, if the Union President or Executive Director requests release time for less than his/her full regular schedule, such release time shall be subject to the Employer's approval based on the operating needs of the employee's work unit. The Union shall, within thirty (30) days of payment to the President or Executive Director, reimburse the State for payment of appropriate salary, benefits, paid leave time, pension, and all other Employer-related costs. The Union shall indemnify and the Union and President hold the State harmless against any and all claims, damages, suits, or other forms of liability which may arise out of any action taken or not taken by the State for the purpose of complying with this Section.

**Section 14.**
(a) Upon timely request, the Department of Administrative Services shall make available at no cost to the Union the latest copy of any SEIU Local 503, OPEU bargaining unit employee statistical and expenditure reports relative to employment and benefits currently produced by the Department of Administrative Services which do not require manual or machine editing to remove confidential data or non-SEIU Local 503, OPEU bargaining unit employee data. Such request must be made in advance of the preparation of the reports. If new and appropriate employee statistical and expenditure reports are produced by the Department of Administrative Services, the Department and the Union may mutually agree in advance to provide such reports at no cost.
(b) Upon request, the Department of Administrative Services shall make available to the Union at cost any SEIU Local 503, OPEU bargaining unit employee statistical and expenditure data relative to employment and benefits which is possible to produce, although not normally produced, by the Department of Administrative Services. Data that are not normally produced, but possible to produce, include manual or machine editing of existing reports to remove confidential data or data on non-SEIU Local 503, OPEU bargaining unit employees or data or reports that require new development.
(c) The Agency shall furnish monthly to the Union a list of new employees hired into positions represented by the Union. The list shall contain the name, classification, date of employment, transfer if known, and worksites of the new employees.

**Section 15. Dues Deduction.**
(a) Upon written request from an employee, monthly Union dues plus any additional voluntary Union deductions shall be deducted from the employee's salary and remitted to the Union. Additionally, upon written notice from the Union, authorized increases in Union dues in the form of special assessments, shall be deducted from the employee's salary and remitted to the Union according to this Section. Such notice shall include the amount and duration of the authorized special assessment(s). Upon written notice from the employee, payroll deduction for monthly Union dues will cease and Section 16 of this Article will apply. All

applications for Union membership or dues cancellation shall be submitted by the employee to the Union.  All applications for membership or dues cancellation which an Agency receives shall be promptly forwarded to the Union.  Employee applications for Union membership or dues cancellation will be submitted by the Union to the Agency payroll offices seven (7) working days prior to the first of each month for payroll deduction.

(b) <u>Dues Deduction Register.</u>  An alphabetical listing of dues deducted for the previous month for SEIU Local 503, OPEU members by Agency shall be forwarded electronically to the Union by the third workday for each month with the dues check.  The listing shall be compiled and mailed by the Payroll centers (e.g., Joint Payroll) and shall list the employee's name (last, first, middle initial), Employee Identification Number, amount deducted, base pay, classification number, and representation code.

(c) <u>Dues Adjustment Summaries for SEIU Local 503, OPEU Members.</u>  Summaries will be forwarded by the Agency payroll office to the Union by the tenth (10th) workday of the following month.  The Dues Adjustment Summary will reconcile the previous month's remittance with the current month's remittance.  The Dues Adjustment Summary will be an alphabetical listing and shall show the following:
- Name (last name first, full first name, middle initial)
- Formatted Employee Identification Number
- Prior month deduction
- Current month deduction
- Variance (difference between prior month deduction and current month)
- Reason for change in dues deduction amount (correction for previous month's error and explanation, salary increase, salary decrease, hourly, part-time, new member, cancellation, transfer to or from which Agency, layoff, retirement, termination, name change, leave of absence without pay, return from leave of absence without pay, end or beginning of season for seasonal employee).

The Union recognizes that the above information may require hand editing and/or notations.  Therefore, only <u>repeated</u> errors or omissions will be considered a violation of this Section.

The Union shall notify the Agency payroll offices of any required corrections resulting from this Section.

(d) The Agency shall continue to deduct dues from employees as long as the employee remains on the same designated payroll, except when the employee requests cancellation of the dues deduction in writing, including reemployed seasonals and employees recalled from layoff lists.

(e) Upon return from leave of absence or leave without pay, the Agency shall reinstate the payroll deduction of Union dues from those workers who were having dues deducted immediately prior to taking leave.

(f) If a Union member transfers to another Agency represented by SEIU Local 503, OPEU, the gaining Agency will designate the employee as a transfer on the new employee list referenced in Section 14(c) if the gaining Agency is aware the employee has transferred.  The employee need not complete a new membership application.

(g) Each payroll center shall provide monthly electronic data files of all SEIU Local 503, OPEU-represented employees and all SEIU Local 503, OPEU members which would contain the following information:
- Employee Identification Number
- Employee name
- Agency
- Report distribution code
- Home address
- Position number (when applicable)
- Base pay
- Benefit pay (any nonworking time for which the employee is paid)
- Gross pay
- Premium pay (overtime, shift differential, hazard duty pay)
- Dues amount deducted
- Designation (member, fair share payer, nondues payer)
- Representation code
- Month and year of the pay period

Additionally, the Employer shall provide monthly electronic data from personnel data files of all SEIU Local 503-represented employees which contain the following information:
- Employee Identification Number
- Employee name
- Home address
- Agency
- Home phone number (if available on system)
- Work phone number (if available on system)
- Hire date
- Service date
- Strikeable code
- Leave record code
- Leave record date
- Appointment type
- Report distribution code
- Month and year of the personnel data

Within sixty (60) calendar days of signing the 2005-2007 Agreement, the Agencies will forward to the Union definitions for report distribution codes and updates as requested.

(h) The Union agrees to pay the one-time reasonable cost associated with reprogramming to comply with formatting and additions for providing the information requested by the Union in Sections 14 and 15.  It is understood that the Employer is not required to provide information not currently available in the database but rather will prospectively gather such information.

(i) <u>Special Reports.</u>  Upon request, the payroll centers will make available to the Union at cost, on a timely basis the following reports:
   (1) An alphabetical listing of the names of all SEIU Local 503, OPEU-represented employees within an Agency;
   (2) An alphabetical listing of all SEIU Local 503, OPEU fair share payers by Agency.  These reports shall contain:
- Employee name;
- Employee Identification Number;
- Classification with representation code;
- Report distribution code and definition code; and,
- Work City (if available)/County code.

(j) The Parties agree that if the Employer adopts a biweekly pay plan this Section of the Contract will be opened to negotiate any issues including but not limited to readjusting reports and due dates.

(k) The Union shall indemnify and hold the Employer harmless against claims, demands, suits, or other forms of liability which may arise out of action taken by the Employer for the purpose of complying with the provisions of this Article.
(l) The Employer will bill the Union for any additional costs associated with preparing information not already specifically contained in this Article. Upon request, the Employer will meet with the Union to discuss the Employer providing an additional standard magnetic tape format for information the Union requires.
(m) Any additional information requested under this Section may be made electronically available to the Union where reasonably feasible.

**Section 16. Fair Share.**
(a) All employees in the bargaining unit who are not members of the Union shall make fair share payments in lieu of dues to the Union.
(b) Fair share deductions shall be made in the first full month of employee service but shall not be made for any month in which an employee works less than thirty-two (32) hours. An employee shall have fair share deducted from his/her check for each month or part month in excess of thirty-two (32) hours they work thereafter.
(c) Bargaining unit members who exercise their right of non-association, for example, when based on a bona fide religious tenet or teaching of a church or religious body of which such employee is a member, shall pay an amount of money equivalent to regular monthly Union dues to a nonreligious charity or to another charitable organization mutually agreed upon by the employee and the Union and such payment shall be remitted to that charity by the employee in accordance with ORS 243.666. At time of payment, notice of such payment shall simultaneously be sent to the Employer and the Union by the employee.
(d) Fair Share Deduction Register. An alphabetical listing of SEIU Local 503, OPEU fair share deductions for the previous month by Agency shall be forwarded to the Union by the third (3rd) workday of each month with the month's remittance. The listing shall be compiled and mailed by the payroll centers (e.g., Joint Payroll) and shall show employee's name (last, first, middle initial), Employee Identification Number, amount deducted, base pay, classification number, and representation code.
(e) Fair Share Adjustment Summaries for SEIU Local 503, OPEU Members. Summaries will be forwarded by the Agency payroll office to the Union by the 10th workday of the following month. The Fair Share Adjustment Summary will reconcile the previous month's remittance with the current month's remittance. The Fair Share Adjustment Summary will be an alphabetical listing and shall show the following:
- Name (last name first, full first name, middle initial)
- Formatted Employee Identification Number
- Prior month deduction
- Current month deduction
- Variance (difference between prior month deduction and current month)
- Reason for change in dues deduction amount (correction for previous month's error and explanation, salary increase, salary decrease, hourly, part-time, new member, cancellation, transfer to or from which Agency, layoff, retirement, termination, name change, leave of absence without pay, return from leave of absence without pay, end or beginning of season for seasonal employee).

The Union recognizes that the above information may require hand editing and/or notations. Therefore, only repeated errors or omissions will be considered a violation of this Section.

The Union shall notify the Agency payroll offices of any required corrections resulting from this Section.
(f) The Union shall indemnify and hold the Employer harmless against any and all claims, damages, suits, or other forms of liability which may arise out of any action taken or not taken by the Employer for the purpose of complying with the provisions of this Article.
(g) Any additional information requested under this Section may be made available electronically to the Union.

**Section 17. Other Deductions.** Voluntary payroll deductions made to the Union for employee benefits will be submitted at the same time as regular dues deductions.

No later than the fifteenth (15th) of each month, the Union shall receive a benefit register for each benefit listing each employee, the amount deducted, and the purpose of the deduction.
(See Letters of Agreement in Appendix A.)

**ARTICLE 10.1C--UNION STEWARDS**
(Employment Department)
**Section 1. Union Business.** All Union business is to be conducted during employee's non-duty hours unless specified otherwise in this Agreement.
**Section 2.** Two (2) Union Stewards for each worksite except that for the Salem Administration Office, the Union may designate up to eight (8) employees who will be recognized as official Stewards. In addition to the names of the Salem Administrative Office Stewards, the Union will designate the sections each of them represents.
**Section 3.** In addition to the above, the Union may designate up to three (3) Stewards for the Portland Metro Area UI Center, two (2) Stewards for the Eugene UI Call Center, and two (2) Stewards for the Bend UI Center.
**Section 4.** The Union will provide the Agency with an updated designated Steward list by the tenth (10th) of each month, which will include the Steward's name and worksite. The Union also will timely notify the Agency of the official officers of the Union, including the Chief Steward.

**ARTICLE 10.1M--UNION STEWARDS**
(DHS Non-Institutions)
**Section 1. Union Business.** All Union business is to be conducted during employee's non-duty hours unless specified otherwise in this Agreement.
**Section 2.** The Union will make every effort to ensure an even distribution of Steward representation of all bargaining unit employees.
**Section 3.** The Union will provide DHS HR with an updated designated Steward list by the tenth (10th) of each month. The list will include the Steward's name and worksite.

**ARTICLE 10.2--UNION ORGANIZER VISITATIONS**
(Institutions Coalition)
**Section 1.** Union Organizers, with approval from a responsible manager, shall be allowed reasonable contact with bargaining unit members on Agency facilities. The