# EXHIBIT C

## LOCAL 503 MEMBERSHIP APPLICATION

SEIU Local 503, OPEU PO Box 12159 Salem OR 97309-0159

**SEIU**
Stronger Together

| NAME: | STACI TREES | | DATE OF BIRTH: | ETHNICITY: | |
|---|---|---|---|---|---|
| HOME PHONE: | ▮▮▮▮ | *CELL | | HOME EMAIL: | ▮▮▮om |

*By including your mobile number you are authorizing SEIU and its locals and affiliates, using various automated technologies, to call you and get text alerts to you- up to 5 per month. We will never charge you for

text message alerts, but carrier message and data rates may apply. Text STOP to 787753 to unsubscribe, and HELP for more info. If you would like to opt out of text messages, please check the box. ☐

| RESIDENCE ADDRESS | ▮▮▮▮▮▮ | Bend | OR | 97701-9639 |
|---|---|---|---|---|
| (Required) | Street | City | State | Zip |
| MAILING ADDRESS | ▮▮▮▮▮▮ | Bend | OR | 97701-9639 |
| (IF DIFFERENT FROM RESIDENCE) | Street | City | State | Zip |

EMPLOYEE I.D # PIN: 63092

| EMPLOYER / AGENCY: | DEPARTMENT OF TRANSPORTATION | JOB TITLE: TRANSPORTATION MAINT COORD 2 | | |
|---|---|---|---|---|
| WORK ADDRESS | 63055 N Highway 97 | BEND | OR | 97701 |
| | Street | City | State | Zip |

WORK EMAIL: staci.m.trees@odot.state.or.us      WORK PHONE & EXT: 541-383-0121

| WORKSITE/DEPARTMENT: ODOT - Bend | SHIFT: | |
|---|---|---|
| | START TIME | END TIME |

HIRE DATE: 10/05/2009                                                                    DAYS OFF:

I hereby designate SEIU Local 503, OPEU (or any successor Union entity) as my desired collective bargaining agent. I also hereby authorize my employer to deduct from my wages all Union dues and other fees or assessments as shall be certified by SEIU Local 503 OPEU (or any successor Union entity) and to remit those amounts to such Union. This authorization/delegation is unconditional, made in consideration for the cost of representation and other actions in my behalf by the Union and is made irrespective of my membership in the Union. This authorization is irrevocable for a period of one year from the date of execution and from year to year thereafter unless not less than thirty (30) and not more than forty-five (45) days prior to the end of any annual period or the termination of the contract between my employer and the Union, whichever occurs first. I notify the Union and my employer in writing, with my valid signature, of my desire to revoke this authorization. Union dues may be tax deductible as a work related expense subject to Federal and/or State tax rules.

SIGNATURE:                                               DATE: Tue, Mar 22 2016 19:28:16 PM

