# **EXHIBIT D**

**From:** TREES Staci M
**Sent:** Wednesday, July 25, 2018 1:00 PM
**To:** salem@seiu503.org
**Subject:** Union Dues

I would like to opt out of paying union dues. What information do you need?

Thank you,

Staci Trees
CTOC

1- Exhibit D